IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DOLANTRY PRODUCTIONS and SEAN BRIAN SANTRY a/k/a Sean Brian, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| CHARLES POWERS, et al., | : | CIVIL ACTION NO. 1:15-CV-0026-AT |
| | : | |
| Defendants. | : | |

## **ORDER**

On January 5, 2015, Plaintiffs filed a Complaint in this Court alleging, among others, a copyright infringement claim, several breach of contract claims, and a claim of civil conspiracy.  Plaintiffs indicated in their Complaint that in addition the damages sought, they will pursue a preliminary injunction prohibiting Defendants from continuing to infringe Plaintiffs' alleged copyright.

If the Plaintiffs are in fact seeking a preliminary injunction, they must follow the procedures set out in Rule 65 of the Federal Rules of Civil Procedure and this Court's Local Rules.  Accordingly, the Court will only consider Plaintiffs' request for a preliminary injunction once the Plaintiffs have filed a sufficiently supported Motion for Preliminary Injunction detailing the basis for the relief they seek.  *See* LR 7.4, NDGa.

Pursuant to Rule 65, the Court may only issue a preliminary injunction on notice to the Defendants.[1]  Thus, should Plaintiffs wish to pursue their request for a preliminary injunction, they are **DIRECTED** to properly serve Defendants with the Complaint and fully supported Motion pursuant to Rules 4 and 5 of the Federal Rules of Civil Procedure.

      **IT IS SO ORDERED** this 14th day of January, 2015.

_____
**Amy Totenberg**
**United States District Judge**

---

[1] In addition, unless Plaintiffs specifically request and the Court orders expedited briefing, Defendants' time to respond to Plaintiffs' motion, and Plaintiffs' time to file a reply, will run according to the Federal Rules and this Court's Local Rules.