IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DOLANTRY PRODUCTIONS and SEAN BRIAN SANTRY aka SEAN BRIAN,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES POWERS, MICHAEL GREENE, JEREMY GREENE, NANCY GREENE, LAWRENCE DOCKSTADER, and POWERS BUSINESS AND MEDIA PRODUCTIONS, LLC,<br><br>Defendants. | CIVIL ACTION<br>FILE NO.: 1:15-cv-00026-AT<br><br>**JURY TRIAL DEMANDED** |

**MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER**

COME NOW, Plaintiffs in the above-styled civil action and move this Court to appoint a special process server, with costs and reasonable expenses incurred due to service, including attorney's fees, imposed on the Defendants, to serve

Defendants Charles Powers, Larry Dockstader, Powers, Business & Media, LLC., Michael Greene, Nancy Greene, and Jeremy Greene, named in Plaintiffs' Complaint, with Summons and Process attached thereto, a copy of the original Complaint and show in support thereof the following:

1.

In accordance with Federal Rule of Civil Procedure §4(c) and O.C.G.A. §9-11-4(c), process may be served by a special process server of the county which the action is brought or where the defendant is found, or any citizen of the United States specially appointed by the Court for that purpose.

2.

Plaintiffs request and move this Court to appoint Wesley Halloway, of Fulton County, Georgia as a special process server who will serve the Plaintiffs' Complaint with Summons attached thereto.

3.

The appointment of a special process server is to the benefit and in the best interest of all Parties.

4.

The appointment of a special process server is in the best interest of justice.

5.

Wesley Halloway is a citizen of the United States, and is over twenty-one (21) years of age.  He is neither an employee of the Plaintiffs nor Plaintiffs' counsel, and is ready, willing, and able to serve the named Defendants.

6.

Wesley Halloway is not related to the Plaintiffs and has no interest in the outcome of this action.

WHEREFORE Plaintiffs pray and move this Court to grant their Motion and appoint Wesley Halloway as a special process server, with costs and reasonable expenses incurred due to service, including attorney's fees, imposed on the Defendants, to serve Plaintiffs' Complaint with Summons attached thereto, Plaintiffs' Motion for Preliminary Injunction, Plaintiffs' Motion for Appointment of Special Process Server, and Order Granting Plaintiffs' Motion for Appointment of Special Process Server on any Defendant or other interested or necessary individual or entity.

**SIGNATURE ON FOLLOWING PAGE**

So Moved this 4th day of March, 2015

**MUFWENE LEGAL, LLC**

<u>*/s/ Ntazyel E. Mufwene*</u>
**Ntazyel E. Mufwene, Esq.**
Georgia Bar #. 639274

Mufwene Legal, LLC.
3379 Peachtree Road NE, Suite 555
Atlanta, GA 30326
(404) 369-0629
Fax: (404) 369-0607
E-mail: nmufwene@mufwenelegal.com

Attorney for Plaintiffs

## **CERTIFICATION**

Pursuant to NDGA. LR 7.1D, I certify that this Memorandum has been prepared with Times New Roman, 14 point font, as approved by this Court in LR 5.1B.

Respectfully submitted this \_\_\_rd day of February, 2015

*/s/ Ntazyel E. Mufwene*\_\_\_\_\_
**NTAZYEL E. MUFWENE**
Georgia Bar No. 639274
*Attorney for Plaintiffs*
