IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DOLANTRY PRODUCTIONS and SEAN BRIAN SANTRY aka SEAN BRIAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>CHARLES POWERS, MICHAEL GREENE, JEREMY GREENE, NANCY GREENE, LAWRENCE DOCKSTADER, and POWERS BUSINESS AND MEDIA PRODUCTIONS, LLC,<br><br>    Defendant. | CIVIL ACTION NO. |

## CONSENT ORDER

It appearing to the Court that Plaintiffs and Defendant have agreed to an extension of time in which to complete the answer to the filed complaint, and the Court having found that additional time is required for a thorough answer in the above-styled action;

**IT IS HEREBY ORDERED** that the time in which the parties have to complete the answer is hereby extended up to and including May 13, 2015.

This 14th day of April, 2015.

_[signature]_
Amy Totenberg
United States District Judge
Northern District of Georgia