IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DOLANTRY PRODUCTIONS and SEAN BRIAN SANTRY aka SEAN BRIAN, Plaintiffs, v. CHARLES POWERS, MICHAEL GREENE, JEREMY GREENE, NANCY GREENE, LAWRENCE DOCKSTADER, and POWERS BUSINESS AND MEDIA PRODUCTIONS, LLC, Defendants. | CIVIL ACTION FILE NO.: 1:15-cv-00026-AT |

**NOTICE OF SERVICE OF PLAINTIFF'S MOTION FOR PRELIMINARY**

**INJUNCTION AND PROPOSED ORDER**

Pursuant to request by the court the undersigned Counsel of Record certifies

that Plaintiff's Motion for Preliminary Injunction and Proposed Order were served

on Defendants with the Summons and Complaint on the respective dates indicated

on the proof of service forms submitted to the Court.  Plaintiffs were willing to

grant an extension to answer the Motion for Preliminary Injunction and Proposed

order, however attempts to contact Defendants' counsel in order to file a joint

motion for extension of time have thus far been unsuccessful.


Respectfully submitted this 4th day of May, 2015,


/s/ Ntazyel E. Mufwene
Ntazyel E. Mufwene, Esq.
Georgia Bar Number #639274
Attorney for the Plaintiffs


Mufwene Legal, LLC.
3379 Peachtree Road NE, Suite 555
Atlanta, GA 30326
(404) 369-0629
Fax: (404) 369-0607
E-mail: nmufwene@mufwenelegal.com