## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **DOLANTRY PRODUCTIONS and SEAN BRIAN SANTRY aka SEAN BRIAN,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | **CIVIL ACTION NO. 1:15-cv-00026-AT** |
| **vs.** | : | |
| | : | |
| **CHARLES POWERS, MICHAEL GREENE, JEREMY GREENE, NANCY GREENE, LAWRENCE DOCKSTADER, and POWERS BUSINESS AND MEDIA PRODUCTIONS, LLC,** | : | |
| | : | |
| **Defendant.** | : | |

---

### JOINT MOTION AND CONSENT ORDER
### FOR EXTENSION OF TIME TO FILE ANSWER TO MOTION FOR INJUNCTIVE RELIEF

COME NOW Plaintiffs and Defendant and hereby jointly request that the Court extend the time in which the parties have to answer the Plaintiff's Motion for Injunctive Relief for 21 days or up to and including June 3, 2015. This extension is needed so that the parties will have sufficient time in which to thoroughly complete the answer to the motion in this matter. Therefore, the parties respectfully request that the deadline for completing the answer be extended to June 3, 2015.

Respectfully submitted, this _13_ day of May, 2015.

| **OVERMAN & OVERMAN, LLC** | **NTAZYEL E. MUFWENE, ESQ.** |
|---|---|
| L. J. Overman | Ntazyel E. Mufwene, Esq. *(signed by L.J. Overman with express permission)* |
| Georgia Bar No.: 555935 | Georgia Bar No.: 639274 |
| 259 Glynn St. South | 3379 Peachtree Rd. NE, Suite 555 |
| Fayetteville, Georgia 30214 | Atlanta, Georgia 30326 |
| Phone: (770) 626.5200 | Phone: (404) 369-0607 |
| Attorneys for Defendants | Attorney for Plaintiff |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **DOLANTRY PRODUCTIONS and SEAN BRIAN SANTRY aka SEAN BRIAN,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | **CIVIL ACTION NO. 1:15-cv-00026-AT** |
| **vs.** | : | |
| | : | |
| **CHARLES POWERS, MICHAEL GREENE, JEREMY GREENE, NANCY GREENE, LAWRENCE DOCKSTADER, and POWERS BUSINESS AND MEDIA PRODUCTIONS, LLC,** | : : : : | |
| | : | |
| **Defendant.** | : | |

## CONSENT ORDER

It appearing to the Court that Plaintiffs and Defendant have agreed to an extension of time in which to complete the answer to the filed Motion for Injunctive Relief, and the Court having found that additional time is required for a thorough answer in the above-styled action;

**IT IS HEREBY ORDERED** that the time in which the parties have to complete the answer to the filed motion is hereby extended up to and including June 3, 2015.

This _____ day of _____, 2015.

_____
Honorable Amy Totenberg
JUDGE, United States District Court
For The Northern District of Georgia
Atlanta Division

**PREPARED BY:**

L. J. Overman
Georgia Bar No.: 555935
Overman & Overman, LLC
259 Glynn St. South
Fayetteville, Georgia  30214
Phone: (770) 626.5200
Email: jack@overmanllc.com
Attorneys for Plaintiff


**AGREED AND CONSENTED TO BY:**

Ntazye E. Mufwene, Esq. *(signed by L.J. Overman with express permission)*
Georgia Bar No.: 639274
3379 Peachtree Rd. NE
Suite 555
Atlanta, Georgia  30326
Phone: (404) 369-0607
nmufwene@mufwenelegal.com
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **DOLANTRY PRODUCTIONS and SEAN BRIAN SANTRY aka SEAN BRIAN,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | **CIVIL ACTION NO. 1:15-cv-00026-AT** |
| **vs.** | : | |
| | : | |
| **CHARLES POWERS, MICHAEL GREENE, JEREMY GREENE, NANCY GREENE, LAWRENCE DOCKSTADER, and POWERS BUSINESS AND MEDIA PRODUCTIONS, LLC,** | : | |
| | : | |
| **Defendant.** | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has this day filed with the Clerk of Court and served upon counsel for all parties in the above-referenced matter a true and correct copy of the foregoing **JOINT MOTION AND CONSENT ORDER FOR EXTENSION OF TIME TO FILE ANSWER TO MOTION FOR INJUNCTIVE RELIEF** via the United States Mail, with First Class Postage affixed thereto, properly addressed as follows:

Ntazyel E. Mufwene, Esq.
Georgia Bar No.: 639274
3379 Peachtree Rd. NE, Suite 555
Atlanta, Georgia 30326

This _13_ day of May, 2015.

L. J. Overman
Attorney for the Plaintiff
Overman & Overman, LLC
Georgia Bar No. 555935