IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DOLANTRY PRODUCTIONS and SEAN BRIAN SANTRY aka SEAN BRIAN, <br><br> Plaintiffs, <br><br> vs. <br><br> CHARLES POWERS, MICHAEL GREENE, JEREMY GREENE, NANCY GREENE, LAWRENCE DOCKSTADER, and POWERS BUSINESS AND MEDIA PRODUCTIONS, LLC, <br><br> Defendant. | CIVIL ACTION NO. 1:15-cv-00026-AT |

## CONSENT ORDER

It appearing to the Court that Plaintiffs and Defendant have agreed to an extension of time in which to complete the answer to the filed complaint, and the Court having found that additional time is required for a thorough answer in the above-styled action;

**IT IS HEREBY ORDERED** that the time in which the parties have to complete the answer is hereby extended up to and including June 3, 2015.

This 13th day of May, 2015.

_____
Honorable Amy Totenberg
JUDGE, United States District Court
For The Northern District of Georgia
Atlanta Division

Case 1:15-cv-00026-AT   Document 20   Filed 05/13/15   Page 2 of 2

**PREPARED BY:**

_____
L. J. Overman
Georgia Bar No.: 555935
Overman & Overman, LLC
259 Glynn St. South
Fayetteville, Georgia 30214
Phone: (770) 626.5200
Email: jack@overmanllc.com
Attorneys for Plaintiff


**AGREED AND CONSENTED TO BY:**

_____
Ntazyel E. Mufwene, Esq. *(signed by L.J. Overman with express permission)*
Georgia Bar No.: 639274
3379 Peachtree Rd. NE
Suite 555
Atlanta, Georgia 30326
Phone: (404) 369-0607
nmufwene@mufwenelegal.com
Attorney for Plaintiff