IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DOLANTRY PRODUCTIONS and SEAN BRIAN SANTRY aka SEAN BRIAN, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | |
| CHARLES POWERS, et al., | : : : | CIVIL ACTION NO. 1:15-CV-0026-AT |
| Defendants. | : | |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Planning Report and Discovery Plan form completed by the parties, ("JPRDP", Doc. 27) the Court **ORDERS** that the time limits for adding parties amending the pleadings, filing motions, completing discovery, and discussing settlement are as stated in JPRDP. This matter shall be on a four (4) month discovery track.

**IT IS SO ORDERED** this 5th day of October, 2015.

_____
**Amy Totenberg
United States District Judge**