IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DOLANTRY PRODUCTIONS and SEAN BRIAN SANTRY aka SEAN BRIAN, <br><br> Plaintiffs, <br><br> vs. <br><br> CHARLES POWERS, MICHAEL GREENE, JEREMY GREENE, NANCY GREENE, LAWRENCE DOCKSTADER, and POWERS BUSINESS AND MEDIA PRODUCTIONS, LLC, <br><br> Defendants. | CIVIL ACTION FILE NO.: 1:15-cv-00026-AT |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically filed this CERTIFICATE OF SERVICE of the following:

*PLAINTIFF'S FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS.*

with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

L.J. Overman
Georgia Bar No: 555935
Overman & Overman, LLC
259 Glynn St. South

- 1 -

- 2 -

Fayetteville, Georgia 30214
Office: 770-626-5200
Fax: 770-626-5204
Email: jack@overmanllc.com

I FURTHER CERTIFY that I have this day served a copy of the within and foregoing pleadings to all parties to this matter U.S. Mail, addressed to counsel of record listed above.

I FURTHER CERTIFY that the undersigned is in possession of the original pleading referenced above.

Respectfully submitted, this 19th day of October, 2015.

<i>/s/ Ntazyel E. Mufwene</i>
Ntazyel E. Mufwene
Georgia Bar Number 639274
<i>Attorney for Plaintiffs</i>

3379 Peachtree Road NE
Suite 555
Atlanta, Georgia 30324
P: 404-369-0629
F: 404-369-0607
nmufwene@mufwenelegal.com                                    \

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed a copy of the within and foregoing "Plaintiff's Initial Disclosures" with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

Sean Keenan, Esq
Tina Cheng, Esq.
William T. Mitchell, Esq
Cruser & Mitchell, LLP
Meridian II, Suite 2000
275 Scientific Drive

{Firm/103/00045/01043652.DOCX }

Norcross, GA 30092<br>
(404) 881-2622

Respectfully submitted this 4th day of May, 2015

<i>/s/ Ntazyel E. Mufwene</i><br>
Ntazyel E. Mufwene<br>
Georgia Bar Number 639274<br>
Kenneth Sisco<br>
Georgia Bar Number 649359<br>
Michael Weinstein<br>
Georgia Bar Number 282811<br>
<i>Attorneys for Plaintiff</i>

5299 Roswell Road
Suite 216
Atlanta, Georia 30342
P: 404-459-0000
F: 404-921-9605
nmufwene@mufwenelegal.com
michael@weinsteinwin.com
kenneth@weinsteinwin.com